## Geovjian, Appellant, v. Lambie.

Argued March 27, 1974. *Raymond J. Quaglia,* for appellant; *Earl T. Britt,* with him *Edward Griffith,* and *Duane, Morris & Heckscher,* for appellee.

**Order affirmed.**

## Glass et ux. v. Town Garage Corp. et al., Appellant.

Argued March 26, 1974. *Jonathan Wheeler,* with him *Frank and Margolis,* for appellant; *Wilbur Greenberg,* with him *Gary Green,* and *Sidkoff, Pincus, Greenberg and Golden,* for appellee.

OPINION PER CURIAM: Order vacated and case remanded for a hearing on defendant-appellant's petition attacking the default judgment.

## Goldberg v. Tomasic et al., Appellants.

Argued March 11, 1974. *Harold R. Prowell,* with him *Prowell and Stoner,* for appellants; *John J. Krafsig, Jr.,* for appellee.

**Order affirmed.**